

# Fourth Court of Appeals
## San Antonio, Texas

February 21, 2014

No. 04-13-00895-CR

Gary **PETERSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court, Wilson County, Texas
Trial Court No. 11-10-0393-CRC
Honorable Marvin Quinney, Judge Presiding

## O R D E R

On December 19, 2013, appellant filed his notice of appeal. The clerk's record was filed on February 10, 2014. No reporter's record has been filed.

On January 28, 2014, the court reporter responsible for preparing the reporter's record filed a notice of late record, stating that the appellant had failed to pay or make arrangements to pay the fee for preparing the reporter's record, and that appellant failed to file a designation of record. On January 29, 2014, we ordered appellant to provide written proof to this court within ten days of the date of the order that either (1) the reporter's fee had been paid or arrangements had been made to pay the reporter's fee; or (2) appellant was entitled to appeal without paying the reporter's fee. We further ordered appellant to file written proof within ten days of the date of the order that he had filed a designation of record with the court reporter. To date, appellant has not responded to our January 29, 2014 order.

**Because appellant has failed to respond to our order within the time provided, appellant's brief is due thirty days from the date of this order.** The court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of February, 2014.



Keith E. Hottle
Clerk of Court